UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SAMUEL HOWARD, | Case No. 2:19-cv-00247-MMD |
| Petitioner, | ORDER |
| v. | |
| WILLIAM GITTERE, *et al.*, | |
| Respondents. | |

     This is a habeas corpus proceeding brought by Samuel Howard, a Nevada prisoner sentenced to death who currently has another habeas proceeding (2:93-cv-1209-LRH-VCF) pending in this Court. In his petition for writ of habeas corpus in this case, Howard claims his death penalty "no longer has any legal basis" because both aggravating circumstances supporting his death sentence have been invalidated. (ECF No. 1.) With his petition, Howard has filed a motion to stay proceedings in this case until his "ongoing state post-conviction action is concluded" and/or until the Ninth Circuit determines "whether authorization to pursue the matter is necessary and—if so—whether it should be granted." (ECF No. 2.)

     While the petition presents procedural concerns, it does not "plainly appear[ ] from the face of the petition . . . that the petitioner is not entitled to relief in the district court." Rule 4 of the Rules Governing 2254 Cases. Thus, the Court will permit this case to go forward. *See id.*; *see also Hendricks v. Vasquez*, 908 F.2d 490 (9th Cir.1990). Respondents will be served with the petition and ordered respond to Petitioner's motion to stay proceedings. Respondents will also be permitted, but not required, to file any motion or other response to the petition.

///

It is therefore ordered that the Clerk of the Court will add Aaron D. Ford, Attorney General of the State of Nevada, as counsel for Respondents.

It is further ordered that the Clerk will electronically serve upon Respondents a copy of the habeas corpus petition in this case (ECF No. 1), Petitioner's motion to stay federal habeas proceedings (ECF No. 2), and a copy of this order. Respondents' counsel will enter a notice of appearance within 10 days of the entry of this order.

It is further ordered that Respondents have 30 days from the date of this order to file a response to Petitioner's motion to stay. Petitioner will thereafter have 20 days to file a reply.

It is further ordered that Respondents have 30 days from the date of this order to file a motion or other response to the petition, if they so choose. If Respondents file a response within the time allowed, the Court will promptly schedule additional proceedings as necessary.

DATED THIS 14th day of February 2019.

MIRANDA DU
UNITED STATES DISTRICT JUDGE