# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

SAMUEL HOWARD,

    Petitioner,

v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 2:19-cv-00247-MMD

ORDER

This is a capital habeas corpus action that has been stayed since March 25, 2019. (ECF No. 8.) On October 25, 2021, Petitioner Samuel Howard filed an unopposed motion to lift the stay and dismiss his habeas petition. (ECF No. 14 ("Motion").) Howard represents to this Court that his death sentence has been vacated by the Nevada Supreme Court. (*Id.*) Because that is the relief Howard sought with his pending petition herein, this action is now moot.

It is therefore ordered that Petitioner Samuel Howard's Motion (ECF No. 14) is granted. This action is dismissed as moot.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 3rd Day of November 2021.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE